# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIBBEA YOUNG, an individual, | CASE NO. 2:20-cv-09503-DSF-JEM |
| Plaintiffs, | *[Assigned to the Hon. Dale S. Fischer in Courtroom 7D]* |
| vs. | [~~PROPOSED~~] ORDER RE: STIPULATION FOR ELECTRONIC SERVICE OF DOCUMENTS RELATING TO DISCOVERY |
| COUNTY OF LOS ANGELES, a public entity; SANDY PEREZ, an individual; SCSW CARMONA, an individual; DOE SCSW; an unknown named individual; DOE Command Post SCSW, an unknown named individual; DOE IDC Worker (L. Garcia), an unknown named individual; DOE DI CSW, an individual; DOE DI SCSW, an individual; and DOES 1 through 30, inclusive, | Complaint Filed: August 5, 2020<br><br>Trial Date:    None |
| Defendants. | |

File #22580

1

**[PROPOSED] ORDER RE: STIPULATION FOR ELECTRONIC SERVICE OF DOCUMENTS RELATING TO DISCOVERY**

COLLINS COLLINS
MUIR + STEWART LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax     (626) 243-1111

1   Pursuant to the Stipulation for Electronic Service of Documents Relating to Discovery by Plaintiff Karibbea Young, an individual, represented by her attorney of record, Shawn McMillan and Samuel Park, and Defendants County of Los Angeles, Sandy Perez, and Lizette Carmona, represented by their attorneys of record, Tomas A. Guterres, Christie B. Swiss, and Kristin T. Busch (collectively the "Parties"), filed on December 9, 2020, and good cause appearing for the relief requested, the Court does hereby order as follows:

1. The Parties shall accept DOCUMENTS RELATING TO DISCOVERY via electronic service and the effective date of service shall be the day the document is electronically served if done so by 5:00p.m. that day, and shall be deemed served via U.S. mail, such that if a party may or must act within a specified time after being served, three (3) days are added after the period would otherwise expire under Federal Rule of Civil Procedure ("FRCP") Rule 6(a). The rules set forth in FRCP Rules 6(a)-(c) shall still apply. DOCUMENTS RELATING TO DISCOVERY served after 5:00p.m. shall be deemed served on the following business day. For purposes of this stipulation, "DOCUMENTS RELATING TO DISCOVERY" shall refer to any document served pursuant to FRCP Rules 26-37.

2. For valid electronic service on Plaintiff, the DOCUMENTS RELATING TO DISCOVERY must be e-mailed to all counsel of record and personnel, Shawn A. McMillan, Esq. at attyshawn@netscape.net & CPSLawyer@gmail.com Samuel Park, Esq. at sam@sampark.lawyer; and Hestia McMillan at mshestia@gmail.com.

3. For valid electronic service on Defendants, the DOCUMENTS RELATING TO DISCOVERY must be e-mailed to all counsel of record and the following personnel, Tomas A. Guterres, Esq. at tguterres@ccmslaw.com, Christie B. Swiss, Esq. at cswiss@ccmslaw.com, Kristin T. Busch, Esq. at kbusch@ccmslaw.com, Austin Kang at akang@ccmslaw.com, Mariah Stephens at mstephens@ccmslaw.com, and Alicia Gomez at agomez@ccmslaw.com.

*File #22580*

COLLINS COLLINS MUIR + STEWART LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

2

[PROPOSED] ORDER RE: STIPULATION FOR ELECTRONIC SERVICE OF DOCUMENTS RELATING TO DISCOVERY

3.  To ensure that the Parties receive the DOCUMENTS RELATING TO DISCOVERY being served via e-mail, and to avoid miscommunication regarding service, the Parties agree that one counsel or personnel from receiving side shall reply to any email serving DOCUMENTS RELATING TO DISCOVERY within one (1) business day to acknowledge receipt. If the receiving party does not acknowledge receipt of the DOCUMENTS RELATING TO DISCOVERY within one (1) business day, then the serving party shall follow up via e-mail or phone to confirm that the receiving party did receive the DOCUMENTS RELATING TO DISCOVERY.

**IT IS SO ORDERED.**

DATED: 12/10/2020

HON. JOHN E. MCDERMOTT
U.S. MAGISTRATE JUDGE

File #22580

COLLINS COLLINS
MUIR + STEWART LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax    (626) 243-1111

3

[PROPOSED] ORDER RE: STIPULATION FOR ELECTRONIC SERVICE OF DOCUMENTS RELATING TO DISCOVERY