# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIBBEA YOUNG, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, a public entity; et al., <br><br> Defendants. | CASE NO. 2:20-cv-09503-DSF-JEM <br> *[Assigned to the Hon. Dale S. Fischer in Courtroom 7D]* <br><br> **DISCOVERY MATTER** <br><br> **PROTECTIVE ORDER RE: DISCLOSURE OF DOCUMENTS BY LOS ANGELES COUNTY SUPERIOR COURT – JUVENILE DEPENDENCY COURT** <br><br> **Complaint Filed: August 5, 2020** <br><br> **Trial Date:** None |

1

The Court having held a Status Conference on December 28, 2020 and having heard counsel for Plaintiff Karibbea Young ("Plaintiff") and counsel for Defendants County of Los Angeles, Sandy Perez, Lizette Carmona, William Cueva, Lilianna Garcia, Lucky Nguyen, and Hector Alvarez (collectively "Defendants") regarding the parties' need for juvenile court records relating to Los Angeles Superior Court, Juvenile Case No. 18CC03008A, understanding that Plaintiff's counsel filed a petition with the Juvenile Court under Welfare and Institutions Code section 827 on or about July 27, 2020 and Defendants' counsel filed their petition on or about October 30, 2020 and that the Juvenile Court granted the parties' petitions on or about March 10, 2021 but did not authorize release of all documents contained in the "juvenile case file", which the Court recognizes and considers as defined by California Rules of Court, Rule 5.552, includes "all documents filed in a juvenile court case" pursuant to Rule 5.552(a)(1), are subject to confidentiality provisions of California Welfare & Institutions Code section 827 et seq., and further acknowledging the arguments of counsel and stipulations and agreement, and good cause appearing therefore, hereby makes findings and orders as follows:

1. As used herein, "Juvenile Case File" includes all categories of documents listed in California Rules of Court, Rule 5.552, pertaining to Los Angeles Superior Court, Juvenile Case No. 18CC03008A, including:

   a. All documents filed in the juvenile court case;
   b. Reports to the juvenile court by probation officers, social workers of child welfare services programs, and CASA volunteers;
   c. Documents made available to probation officers, social workers of child welfare services programs, and CASA volunteers in preparation of reports to the court;
   d. Documents relating to a child concerning whom a petition has been filed in juvenile court that are maintained in the office files of probation officers, social workers of child welfare services programs, and CASA

volunteers;

  e. Transcripts, records, or reports relating to matters prepared or released by the court, probation department, or child welfare services program; and

  f. Documents, video or audio tapes, photographs, and exhibits admitted into evidence at juvenile court hearings.

2. The confidentiality of the Juvenile Case File is intended to protect the privacy rights of the child.

3. The Juvenile Case File cannot be reasonably obtained from any source other than the Los Angeles Superior Court, the County of Los Angeles, and other custodians designated under state law.

4. The Court finds that the Juvenile Case File is highly relevant to the instant action, and there is a legitimate need for the parties to access and use the same in presenting their case to this Court. The need for discovery outweighs the policy considerations favoring confidentiality of the Juvenile Case File.

5. This Court has jurisdiction to order disclosure of the Juvenile Case File notwithstanding state law. See *Gonzalez v. Spencer*, 336 F.3d 832, 835 (9th Cir. 2003).

6. Plaintiff, Defendants, and any other custodians of records that possess any Juvenile Case File record or control the Juvenile Case File are directed to release the Juvenile Case File records to the parties, after redacting identifying information pursuant to California Government Code section 6254, California Penal Code section 11165 et seq., California Civil Code section 1798 et seq., Vehicle Code section 1653.5 et seq., California Welfare and Institutions Code section 827, Superior Court of Los Angeles County Local Rules, Rule 7.2, and California Rules of Court, Rule 5.552.

7. Use of the Juvenile Case File and information obtained under this order is limited to this civil action.

8. Counsel for the parties may make such copies of the files and information obtained under this order as are necessary for the preparation and presentation of

evidence in this civil action.

9. The Juvenile Case File may be reviewed by the parties and their counsel. The Juvenile Case File may also be reviewed by any experts, investigators, and consultants retained by the parties, court reporters in this civil action, percipient witnesses, non-retained experts, mediators, interpreters, and jurors as it relates to this civil action.

10. The Juvenile Case File obtained under this order shall be kept in a confidential manner and shall not be released to other persons not directly connected with this civil action.

11. No records or information obtained shall be made part of any other court file that is open to the public, unless by court order or as allowed by law. If any Juvenile Case File records are attached to a document filed or submitted in this civil case, such records should be filed under seal.

12. Any unauthorized disclosure of the Juvenile Case File or other failure to comply with the terms of this order may constitute an unlawful dissemination of confidential information and/or may be punishable as contempt of court.

13. Upon conclusion of the matter, extended if appeal is filed, all released documents are to be destroyed.

**IT IS SO ORDERED.**

DATED: 5/25/2021

*John E. McDermott*

The Honorable John E. McDermott
United States Magistrate Judge